**Order entered October 24, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00933-CR

**TIFFANIE BROOKE ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-86125-2013**

## ORDER

Before the Court is the October 20, 2017 request of court reporter Claudia Webb for an extension of time to file court reporter's record. We **GRANT** the request to the extent that we **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order.

/s/    ADA BROWN
        JUSTICE